In the Matter of KONSTANTY BABINSKY, Respondent, against CITY OF NEW YORK, Appellant.—

872

There is no showing which warrants the conclusion that he was incapacitated until such time. (*Matter of Haas* v. *Incorporated Vil. of Cedarhurst,* 272 App. Div. 1031; *Matter of McEwan* v. *City of New York,* 279 App. Div. 802.) Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.